# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1056

_____

Deborrah D. Barbee,             *
                               *
            Appellant,         *
                               *    Appeal from the United States
     v.                            *    District Court for the
                               *    Eastern District of Missouri.
Central Parking System, Inc.,    *
                               *    [UNPUBLISHED]
            Appellee.          *

_____

Submitted: December 15, 2009
Filed: December 18, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Deborrah Barbee appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action in which she claimed violations of Title VII, the Americans with Disabilities Act, and the Age Discrimination in Employment Act. We carefully reviewed the record and considered Barbee's arguments, and conclude that summary judgment was proper for the reasons explained

_____

[1]The Honorable Terry I. Adelman, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

by the district court.  *See Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir. 2006) (standard of review).

Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____